IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF: ) CASE NO. 07-50831
) JUDGE SHEA-STONUM
HAROLD E. MORRIS ) CHAPTER 7
TYLA L. MORRIS )
)
<u>DEBTORS</u> )

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such unnegotiated checks were issued, the amount of such checks and their last known addresses are:

DAKOTA STATE BANK/REWARDS 660 $357.85 Ck# 109
P.O. BOX 89210
SIOUX FALLS, SD 57109 receipt #80898

2. Trustee's check for $357.85, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: <u>September 14, 2009</u>  /s/ KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
TRUSTEE